UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DE'VONTAY JONES,**<br>       Plaintiff,<br><br>**v.**<br><br>**ALABAMA DEPARTMENT OF CORRECTIONS, et al.,**<br>       Defendants. | **2:23-cv-1242-CLM-SGC** |

## MEMORANDUM OPINION

The magistrate judge has entered a report, recommending the court dismiss this case without prejudice for failure to prosecute under Rule 41(b) of the *Federal Rules of Civil Procedure*. (Doc. 9). The magistrate judge advised the plaintiff of his right to file written objections within 14 days, but the court has not received any objections. (*Id.* at 2–3).

After careful consideration of the record and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court will dismiss this case without prejudice for failure to prosecute.

The court will enter a separate final judgment that carries out this ruling.

**Done** on January 10, 2024.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE